[No. 3809–2–III. Division Three. March 25, 1982.]

RIDIN' RENTAL, INC., *Appellant*, v. FAIRCHILD GENERAL FREIGHT, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 78–2–00141–5, Howard Hettinger, J., entered January 4, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.

[No. 5765–4–II. Division Two. March 29, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA M. SCHICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 51416 R010, Thomas R. Sauriol, J., entered June 29, 1981. *Dismissed* by unpublished opinion per Petrich, A.C.J., concurred in by Petrie and Worswick, JJ.

[No. 9705–9–I. Division One. March 29, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DONALD JENSEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–02745–6, Herbert M. Stephens, J., entered December 12, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and James, J.

[No. 9134–4–I. Division One. March 29, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE H. BAUMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00167–2, Dennis J. Britt, J., entered June 25, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Ringold, JJ.